NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**ALBERT BRONT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

———————————————

2012-3121

———————————————

Petition for review of the Merit Systems Protection Board in case no. SF0752110583-I-1.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Albert Bront moves for leave to proceed in forma pauperis.

The court notes that this petition was dismissed on September 27, 2012 for failure to pay the fee. We treat Mr. Bront's motion for leave to proceed in forma pauperis as a motion to reinstate the petition.

Upon consideration thereof,

ALBERT BRONT v. TREASURY                                                   2

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is granted.

(2)  The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated.  This case will be placed on the next available calendar.


FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s21